# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos.   5D2023-3283
5D2023-3297
5D2023-3300
5D2023-3301
5D2023-3303
5D2023-3304
LT Case No. 2023-CJ-92-A

_____

N.U.D., JR., a Child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Brad E. King, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills,
Assistant Attorney General, Daytona Beach, for Appellee.

July 30, 2024

PER CURIAM.

AFFIRMED.

SOUD, KILBANE, and PRATT, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––